Judge Rebecca R. Pallmeyer
Magistrate Judge Young B. Kim
Filed: 8/5/2016
16cv7872CAE, 16cv7873NJ,
16cv7874NYS
MEG

**UNITED STATES JUDICIAL PANEL**
**on**
**MULTIDISTRICT LITIGATION**

```
┌─────────────────────────────┐
│           FILED             │
│        Aug 09, 2016         │
│   CLERK, U.S. DISTRICT COURT │
│ EASTERN DISTRICT OF CALIFORNIA│
└─────────────────────────────┘
```

**IN RE: ZIMMER NEXGEN KNEE IMPLANT
PRODUCTS LIABILITY LITIGATION**

MDL No. 2272

(SEE ATTACHED SCHEDULE)

**CONDITIONAL TRANSFER ORDER (CTO −359)**

On August 8, 2011, the Panel transferred 18 civil action(s) to the United States District Court for the Northern District of Illinois for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* 802 F.Supp.2d 1374 (J.P.M.L. 2011). Since that time, 1,598 additional action(s) have been transferred to the Northern District of Illinois. With the consent of that court, all such actions have been assigned to the Honorable Rebecca R. Pallmeyer.

It appears that the action(s) on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Northern District of Illinois and assigned to Judge Pallmeyer.

Pursuant to Rule 7.1 of the <u>Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation</u>, the action(s) on the attached schedule are transferred under 28 U.S.C. § 1407 to the Northern District of Illinois for the reasons stated in the order of August 8, 2011, and, with the consent of that court, assigned to the Honorable Rebecca R. Pallmeyer.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Northern District of Illinois. The transmittal of this order to said Clerk shall be stayed 7 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 7−day period, the stay will be continued until further order of the Panel.

```
┌───────────────────────────────┐
│ Inasmuch as no objection is    │
│ pending at this time, the      │
│ stay is lifted.                │
│                                │
│      Aug 05, 2016              │
│                                │
│      CLERK'S OFFICE            │
│      UNITED STATES             │
│   JUDICIAL PANEL ON            │
│  MULTIDISTRICT LITIGATION      │
└───────────────────────────────┘
```

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

A TRUE COPY-ATTEST
THOMAS G. BRUTON, CLERK
-
By: s/ MARSHA E. GLENN
DEPUTY CLERK
U.S. DISTRICT COURT, NORTHERN
DISTRICT OF ILLINOIS
-
August 5, 2016

**IN RE: ZIMMER NEXGEN KNEE IMPLANT
PRODUCTS LIABILITY LITIGATION**                           MDL No. 2272

### SCHEDULE CTO−359 − TAG−ALONG ACTIONS

| **DIST** | **DIV.** | **C.A.NO.** | **CASE CAPTION** | |
|---|---|---|---|---|
| CALIFORNIA EASTERN | | | | |
| CAE | 2 | 16−00499 | Carl v. Zimmer Inc. | - 16cv7872 |
| NEW JERSEY | | | | |
| NJ | 3 | 16−03530 | COTTRELL v. ZIMMER, INC. et al | - 16cv7873 |
| NEW YORK SOUTHERN | | | | |
| NYS | 1 | 16−05449 | Rogers et al. v. Zimmer Inc. et al. | - 16cv7874 |